**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SHARON DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 3:22-cv-50233 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| NASCOTE INDUSTRIES, INC., d/b/a | ) | |
| MAGNA EXTERIORS BELVIDERE | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Sharon Donaldson ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Nascote Industries, Inc. d/b/a Magna Exteriors Belvidere ("Defendant").

Dated this 26th day of August, 2022.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**
IL Bar No.: 6302103
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
E-mail: nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2022, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

Randy Enoch, Esq.
Magna International, Inc. (In-House Counsel)
750 Tower Drive
Troy, MI 48098
Randy.enoch@magna.com
*Attorney for Defendant*

                                            /s/ *Nathan C. Volheim*
                                            **NATHAN C. VOLHEIM, ESQ.**