# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Sharon Donaldson

      Plaintiff,

v.               Case No.: 3:22−cv−50233
                Honorable Iain D. Johnston

Nascote Industries, Inc.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2022:

  MINUTE entry before the Honorable Iain D. Johnston: The plaintiff has filed a notice of voluntary dismissal with prejudice. Dkt. 14. The defendant has not answered or filed a motion for summary judgment. Accordingly, the case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(1). The defendant's motion to dismiss [9] and all other deadlines are stricken, as is the initial status hearing set for 9/22/2022. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.